```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 03377
   GLORIA ANN MIDDLETON
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8718


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/14/2008 and was not confirmed.

     The case was dismissed without confirmation 05/21/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------------

SANTANDER CONSUMER USA   SECURED VEHIC   21038.65            .00       743.19
SANTANDER CONSUMER USA   UNSECURED           .00             .00          .00
JEFFERSON CAPITAL SYSTEM UNSECURED         425.10            .00          .00
DEVON FINANCIAL SERVICE  UNSECURED         942.28            .00          .00
AMERICAS FINANCIAL CHOIC UNSECURED       NOT FILED           .00          .00
CITY OF CHICAGO REVENUE  UNSECURED       NOT FILED           .00          .00
CITY OF CHICAGO DEPT OF  NOTICE ONLY     NOT FILED           .00          .00
CITY OF CHICAGO REVENUE  NOTICE ONLY     NOT FILED           .00          .00
GUARANTY BANK            UNSECURED         362.97            .00          .00
ILLINOIS DEPT OF REVENUE UNSECURED       NOT FILED           .00          .00
ILLINOIS STATE TOLL HWY  UNSECURED       NOT FILED           .00          .00
ILLINOIS INDIANA EM IMED UNSECURED       NOT FILED           .00          .00
OLIVE HARVEY COLLEGE     UNSECURED       NOT FILED           .00          .00
COMMONWEALTH EDISON      UNSECURED       NOT FILED           .00          .00
SANTA BARBARA BANK & TRU UNSECURED       NOT FILED           .00          .00
HARVARD COLLECTION       NOTICE ONLY     NOT FILED           .00          .00
WILLIAM BERGER           UNSECURED       NOT FILED           .00          .00
ZALUTSKY & PINSKI LTD    UNSECURED        1383.39            .00          .00
MIDWEST TITLE LOANS      SECURED VEHIC    1000.00            .00          .00
JVDB ASSOCIATES          UNSECURED       NOT FILED           .00          .00
NICOR GAS                UNSECURED       NOT FILED           .00          .00
PEOPLES GAS LIGHT & COKE UNSECURED       NOT FILED           .00          .00
AMERICAN COLLECTION      NOTICE ONLY     NOT FILED           .00          .00
ARROW FINANCIAL SERVICES NOTICE ONLY     NOT FILED           .00          .00
THE CREDIT BUREAU        UNSECURED       NOT FILED           .00          .00
ILLINOIS SECRETARY OF ST NOTICE ONLY     NOT FILED           .00          .00
PEKAY & BLITSTEIN PC     NOTICE ONLY     NOT FILED           .00          .00
ILLINOIS TOLLWAY AUTHORI NOTICE ONLY     NOT FILED           .00          .00
RGS COLLECTIONS INC      NOTICE ONLY     NOT FILED           .00          .00
PETER FRANCIS GERACI     DEBTOR ATTY      3,000.00                     356.79
TOM VAUGHN               TRUSTEE                                        95.64
DEBTOR REFUND            REFUND                                        775.62

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 03377 GLORIA ANN MIDDLETON
```

```
                            RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                     1,971.24

PRIORITY                                                    .00
SECURED                                                  743.19
UNSECURED                                                   .00
ADMINISTRATIVE                                           356.79
TRUSTEE COMPENSATION                                      95.64
DEBTOR REFUND                                            775.62
                          ---------------        ---------------
TOTALS                       1,971.24               1,971.24
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
    Dated: 08/26/08          _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE









                              PAGE   2
        CASE NO. 08 B 03377 GLORIA ANN MIDDLETON